IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEROME BROOKS**  **PLAINTIFF**
*ADC #578851*

v.  CASE NO. 3:21-CV-00246 BSM

**SHANE ROGERS**, *Supervisor*,
*Newport Police Department*  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE